WILLIAM J. RIDDLE, PLAINTIFF IN ERROR, v. JOHN P. YATES, DEFENDANT IN ERROR.

1. **Appeal from Justice Courts.** It is only from a final judgment of a justice of the peace that an appeal lies.

2. ———. A judgment for costs merely, on the verdict of a jury *in favor of the defendant, is not final, and no appeal lies therefrom.*

ERROR to the district court of Lancaster county, to which the cause had been brought on appeal from a justice's court.

*H. H. Blodgett* and *A. J. Sawyer*, for plaintiff in error.

*L. C. Burr*, for defendant in error.

LAKE, J.

It is only from a *final* judgment of a justice of the peace that an appeal to the district court lies. Code of Civil Procedure, sec. 1006. Gen. Stat., 686.

A judgment for costs merely, does not dispose of the action in which they are made, and is not final. *Sprick v. Washington County*, 3 Neb., 253. *Nichols, Shepard & Co. v. Hail*, 5 Neb., 194.

The judgment in question was simply for costs, there being no dismissal of the case, as there ought to have been on the verdict of the jury in favor of the defendant.

The order of the district court dismissing the formal appeal was therefore right, and is affirmed.

JUDGMENT AFFIRMED.